United States Court
of International Trade
OFFICE OF THE CLERK
One Federal Plaza
New York, NY 10278-0001

NOTICE TO TRANSMIT OFFICIAL RECORD IN
COURT NO. 07-00418

Dear District Director of Customs:

Pursuant to Rule 4(a)(2) of the Rules of the U.S. Court of International trade, there is enclosed and served upon you a copy of the summons filed in the above-referenced action.

As provided in 28 U.S.C. § 2635(a)(1), you shall forthwith transmit to the Clerk of the Court as part of the official record in this action the following items:

A. Consumption or other entry and the entry summary:
B. Commerical invoice:
C. Special Customs invoice:
D. Copy of protest or petition:
E. Copy of denial, in whole or in part, of the protest or petition:
F. Importer's exhibits:
G. Official and other representative samples:
H. Any official laboratory reports; and
I. A copy of any bond relating to the entry.

As provided in 28 U.S.C. § 2635(a)(2), if any of these items do not exist in this action, an affirmative statement to that effect shall be transmitted to the Clerk of the Court.

All items transmitted to the Court shall reference the Court Number in this action and shall be sent to:

**U.S. COURT OF INTERNATIONAL TRADE**
**OFFICE OF THE CLERK**
**ONE FEDERAL PLAZA - ROOM 397**
**NEW YORK, NEW YORK 10278-0001**

CLERK OF THE COURT

By: /s/ Troy Benbow

Date: 11/09/2007

UNITED STATES BUREAU OF CUSTOMS & BORDER PROTECTION

301 East Ocean Boulevard
Long Beach, CA 90802
Attn: Nancy Hayes

United States Court
of International Trade
OFFICE OF THE CLERK
One Federal Plaza
New York, NY 10278-0001

NOTICE TO TRANSMIT OFFICIAL RECORD IN
COURT NO. 07-00418

Dear District Director of Customs:

Pursuant to Rule 4(a)(2) of the Rules of the U.S. Court of International trade, there is enclosed and served upon you a copy of the summons filed in the above-referenced action.

As provided in 28 U.S.C. § 2635(a)(1), you shall forthwith transmit to the Clerk of the Court as part of the official record in this action the following items:

A. Consumption or other entry and the entry summary:
B. Commerical invoice:
C. Special Customs invoice:
D. Copy of protest or petition:
E. Copy of denial, in whole or in part, of the protest or petition:
F. Importer's exhibits:
G. Official and other representative samples:
H. Any official laboratory reports; and
I. A copy of any bond relating to the entry.

As provided in 28 U.S.C. § 2635(a)(2), if any of these items do not exist in this action, an affirmative statement to that effect shall be transmitted to the Clerk of the Court.

All items transmitted to the Court shall reference the Court Number in this action and shall be sent to:

**U.S. COURT OF INTERNATIONAL TRADE**
**OFFICE OF THE CLERK**
**ONE FEDERAL PLAZA - ROOM 397**
**NEW YORK, NEW YORK 10278-0001**

CLERK OF THE COURT

By: /s/ Troy Benbow

Date: 11/09/2007

UNITED STATES BUREAU OF CUSTOMS & BORDER PROTECTION

1000 Second Avenue, Suite 2100
Seattle, WA 98104
Attn: Jeannine Delgado

# SERVICE OF SUMMONS

I certify that a copy of this summons was returned to the person who filed the summons and a copy was served upon the Attorney in charge, International Trade Field Office, Commerical Litigation Branch; the Assistant Chief Counsel, International Trade Litigation; and the district director for the customs district in which the protest was denied. Service was made by the undersigned on the data shown below by mail except that service by delivery was made to Attorney-In-Charge, International Trade Field Office, Commerical Litigation Branch; and the Assistant Chief Counsel, International Trade Litigation

Tina Potuto Kimble
Clerk of the Court

Date: 11/09/2007

By: /s/ Troy Benbow
Deputy Clerk